# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                Crim. No. 5:94-CR-111-1F

ROY KIMBALL FINCH

On Monday, January 12, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                                                Respectfully submitted,

                                                                                /s/ Michael C. Brittain  
                                                                                Michael C. Brittain  
                                                                                Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 18th _____ day of _____ April _____, 2012.

                                                                                James C. Fox  
                                                                                Senior U.S. District Judge